AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**WALTER HILLIARD, III**

## CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __April 6, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER WANDA ROBINSON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER WANDA ROBINSON**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                                                  City and State

_____       _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer