## **STATEMENT OF FACTS**

     On Thursday, April 6, 2006, at about 4:10 p.m., sworn officers with the Metropolitan Police Department's Sixth District 2800 block of Alabama Avenue, S.E., Washington, D.C. where they saw the defendant, Walter Hilliard, rear end another car with his car.  When officers approached the defendant's car, they saw him reaching towards the floor board of the car.  Officers then saw 2 Heineken bottles containing a liquid that was consistent in color and odor of beer.  The defendant was asked to exit the car.  Officers placed the defendant under arrest.  A pat down of the defendant on the scene revealed a large rock-like substance wrapped in plastic, a small ziplock containing a glass jar containing a liquid that had an odor consistent with phencyclidine (PCP), and 20 sandwich bags each containing 10 ziplocks which contained a rock-like substance.  All  of the items were recovered from the defendants underwear.  The rock-like substance appeared to be crack cocaine.  A portion of the rock-like substance field tested positive for cocaine.  The approximate weight of the suspected crack cocaine was 136.3 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                      OFFICER WANDA ROBINSON
                                      SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF APRIL, 2006.


                                      U.S. MAGISTRATE JUDGE